UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
In re:

                Chapter 11

**Case No. 19-44444-NHL**

4218 Partners LLC
          Debtor.
----------------------------------------------------------------X

4218 Partners LLC,
          Plaintiff,

    -against-

**Adv. Proceeding No. 19-01115-NHL**

Maguire Ft. Hamilton LLC
          Defendant.

----------------------------------------------------------------X

## STIPULATION OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that pursuant to Local Bankruptcy Rule 2090-1(d) that the law firm of Moritt Hock & Hamroff LLP with offices at 1407 Broadway, Suite 3900, New York, NY 10018, telephone no. (212) 239-2000, shall be substituted as attorneys of record for Maguire Ft. Hamilton LLC in the above-entitled adversary proceeding in place and stead of Robinson Brog Leinwand Greene Genovese & Gluck P.C, outgoing counsel, as of the date hereof.

This Stipulation and Order may be executed in counterparts and by email or facsimile signatures with the same force and effect as originals but all of which together constitute one and the same instrument.

Case 1-19-01115-nhl    Doc 18    Filed 03/04/20    Entered 03/04/20 17:56:29

| | |
|---|---|
| Dated: New York, New York<br>　　　　March  4, 2020 | Dated: New York, New York<br>　　　　March  4, 2020 |
| ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.<br>Outgoing Counsel for Maguire Ft. Hamilton LLC | MORITT HOCK & HAMROFF LLP<br>Incoming Counsel for Maguire Ft. Hamilton LLC |
| By:　　/s/ Fred B. Ringel<br>　　　Fred B. Ringel Esq.<br>　　　Lori A. Schwartz, Esq.<br>　　　875 Third Avenue, 9th Fl.<br>　　　New York, NY  10022<br>　　　(212) 603-6300<br>　　　fbr@robinsonbrog.com<br>　　　ls@robinsonbrog.com | By:　　/s/ Leslie A. Berkoff<br>　　　Leslie A. Berkoff, Esq.<br>　　　1407 Broadway, Suite 3900<br>　　　New York, NY  10018<br>　　　(212) 239-2000<br>　　　Lberkoff@moritthock.com |

2195792v1