UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x        Chapter 11

In re:                                                                                   Case No. 19-44444 (NHL)

4218 PARTNERS LLC,


                          Debtor.
-------------------------------------------------------------------------x

In re:                                                                                   Chapter 11

175 PULASKI RLM LLC,                                                    Case No. 19-44445 (NHL)

                          Debtor.
-------------------------------------------------------------------------x

4218 PARTNERS LLC,

                          Plaintiff,                                          Adversary Proceeding
                                                                                        No. 19-01115 (NHL)
-against-

MAGUIRE FT. HAMILTON LLC,

                          Defendant.
-------------------------------------------------------------------------x

In re:                                                                                   Chapter 11

4202 Ki Tov LLC,                                                            Case No. 20-40573 (NHL)

                          Debtor.
-------------------------------------------------------------------------x

## MEDIATOR'S POST-MEDIATION REPORT

By Stipulation and Order Referring Matters to Mediation and Appointing Mediator, entered in

the captioned cases on March 13, 2020 (the "Mediation Order"), this Court appointed me as mediator in

this case.  The mediation was conducted in accordance with the procedures set forth in the Mediation

Order.  I make this report in accordance with Local Bankruptcy Rule 9019(f)(1), which provides for the

filing of a mediator's report with the Court at the end of mediation.  I conducted the mediation over a period beginning shortly after entry of the Mediation Order and concluding today (May 1, 2020). The mediation did not result in a settlement and I believe it should be considered completed.

Dated:  Garden City, New York
        May 1, 2020

                            CULLEN AND DYKMAN LLP

                  By:  */s/ Thomas R. Slome*
                       Thomas R. Slome, Mediator
                       100 Quentin Roosevelt Blvd.
                       Garden City, New York 11530
                       Tel: (516) 296-9165
                       Email:  tslome@cullenllp.com

VIA Email :

     Isaac Nutovic, Esq.
     Nutovic & Associates
     Inutovic@nutovic.com
     *Attorney for 4218 Partners LLC*
      *and 175 Pulaski RLM LLC*

     Nathan Schwed, Esq.
     Zeichner Ellman & Krause LLP
     Nschwed@zeklaw.com
     *Attorney for 4202 Ki Tov LLC*

     Stuart Kossar, Esq.
     Kriss & Feuerstein LLP
     skossar@kandfllp.com
     *Attorney for 4202 Fort Hamilton Debt LLC*

     Leslie A. Berkoff, Esq.
     Moritt Hock & Hamroff LLP
     lberkhoff@moritthock.com
     *Attorney for Maguire Ft. Hamilton LLC*